FILED

January 20, 2015

Third Court of Appeals
Jeffrey D. Kyle
Clerk

# IN THE THIRD COURT OF APPEALS
# OF TEXAS AT AUSTIN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## No. 03-14-00404-CV

## KEVIN TOWER AND KARRIE LYNN TOWER,
*Appellant,*

v.

## BANK OF AMERICA, N.A.
## Appellee.

RECEIVED

JAN 2 0 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPELLANTS FOURTH MOTION FOR EXTENSION OF TIME

COMES NOW APPELLANTS Kevin Tower and Lynn Tower ("Appellants") and files this their Fourth Motion for Extension of Time to file an Appeal Brief, and in support thereof, would show as follows:

## I. FACTS

1.      This matter originated from the Hays County Court at Law.  Appellant's were the Defendant's in a case styled, *Bank of America, N.A. v. Kevin Tower*, Cause No. 13-0320-C.

2.      Appellant's received notice that their brief was due on October 20, 2014 and filed a motion for extension of time.

3.      Appellant's are as of today just in receipt of the reporter's official record and the clerk's official records in a form which they can cite to, therefore they are now just able to complete their Appellant's Brief as of this date.

## II. ARGUMENT & AUTHORITIES

5.      Tex. R. App. P. 38.6(a) demands the Appellant's brief be submitted as of the latter to occur of (1) the date the clerk's record was filed; or (2) the date the reporter's *record was*



*Appellants Motion for Extension of Time*
*Page 1 of 3*

filed.

6.     However, for good cause this Court may grant an extension.    Since the Appellant's were not in receipt of the official records specified above there was no way Appellant's could complete their brief.

7.     Texas Rules of Appellate Procedure (Tex. R. App. P. 38.6(d)) contemplates just this situation and allows the Court to modify the timeframe for submission of the Appellants brief.    Since a delay has been experienced which will affect the viability of its appeal the Appellant is requesting additional time in which to prepare its brief.

8.     Appellant's filed three previous motions for extension of time on October 20, 2014, and November 19, 2014.    Today Appellant's now again respectfully request an additional extension of time for thirty (30) days from today's date to file their Appellant's brief.    It is believed that this will be the last request for an extension because the Appellants now have the records that are needed for the brief. The facts relied upon to reasonably explain the need for an extension are plead in paragraphs above.

9.     Since Appellant now has the reporter's official record and the clerk's official record there should be no further delay whatsoever and the brief will be forthcoming well within the thirty (30) days from today.

### III. <u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, Appellant preys that this Court grant an extension of time to file Appellants Appeal Brief.

Respectfully submitted:

Kevin Tower

Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of January 2014, a true and correct copy of the foregoing was served as stated below pursuant to the Texas Rules of Civil Procedure.

Mr. Jonathan M. Williams
Marinosci Law Group, P.C.
14643 Dallas Parkway, Suite 750
Dallas, Texas 75254
(972) 331-5240

☐ Electronic File via ProDocEfile.com
☒ Confirmed Facsimile
☐ Hand Delivery
☐ Regular U.S. Mail
☐ CMRRR

Kevin Tower